1

2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10  ZOOM IMAGING SOLUTIONS, INC.,          Case No. 2:19-cv-01544-WBS-KJN

11                  Plaintiff,              ORDER ON EX PARTE
                                            APPLICATION TO EXTEND TIME
12           v.                             TO RESPOND TO COMPLAINT

13  EDWARD ROE; et al,                      (ECF No. 15)

14                  Defendants.

15

16          Defendants EDWARD ROE and POWER BUSINESS TECHNOLOGY, LLC request an

17  Order Extending Time to Respond to Plaintiffs' Complaint under FRCP 6(b) & Local Rule

18  144(c); the issue was referred to the undersigned.  (ECF Nos. 15, 18.)  For good cause appearing,

19  Defendants' ex parte application is GRANTED.  Defendants Roe, Ramsay, Crossen, Fuerst,

20  Alsweet, Toon, Peebler, Neal, and Power Business Technology LLC shall have until September

21  16, 2019 to respond to Plaintiffs' Complaint.

22  Dated:  September 3, 2019

23

24                                          _____
                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE
25

26

27

28