UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOOM IMAGING SOLUTIONS, INC., | No. 2:19–cv–1544–WBS–KJN |
| Plaintiff, | ORDER |
| v. | (ECF No. 96) |
| EDWARD ROE, et al., | |
| Defendants. | |

On March 24, 2020, the court held an informal telephonic hearing on the parties' dispute regarding an attorney-eyes-only provision. (ECF No. 96.) For the reasons discussed at the hearing, the court denies plaintiff's request mandating the blanket provision be included in the parties' forthcoming protective order. The court agrees that inclusion of a 'reserved-rights' statement (see id. at 1:27-2:1) is appropriate.

Should disputes arise in the future concerning sensitive information, the court encourages counsel to work together to protect the parties' confidentiality. This may require limiting distribution of the information to counsel, experts, or others. The court is available to resolve any impasses on an informal basis, following the procedures listed on chamber's website.[1]

Dated: March 24, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/5046/

1