David A. Garcia CA Bar No. 218356
david.garcia@ogletreedeakins.com
Graham M. Hoerauf CA Bar No. 307649
graham.hoerauf@ogletree.com
Carlos Bacio CA Bar No. 328466
carlos.bacio@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:    714-800-7900
Facsimile:    714-754-1298

Attorneys for Plaintiff Zoom Imaging Solutions, Inc.

Thomas A. Woods, Esq.
Nicholas D. Karkazis, Esq.
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone:    916-447-0700
Facsimile:    916-447-4781
thomas.woods@stoel.com
chris.russell@stoel.com
corey.day@stoel.com

Attorneys for Defendants
EDWARD ROE and POWER BUSINESS TECHNOLOGY, LLC

[ADDITIONAL COUNSEL ON NEXT PAGE]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOOM IMAGING SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> EDWARD ROE; MAXWELL RAMSAY; JON CROSSEN; CORINNE FUERST; ANDREW ALSWEET; KEVIN TOON; JASON PEEBLER; ABIGAIL NEAL; POWER BUSINESS TECHNOLOGY LLC; BRYAN DAVIS; MAURA LOPEZ; JEFFREY ORLANDO; JESSICA HINTZ and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. 2:19-CV-01544-WBS-KJN <br><br> **STIPULATION REGARDING ELECTRONIC SERVICE; ORDER** <br><br> Complaint Filed:  August 9, 2019 <br> Trial Date:       None Set <br> Judge:            Hon. William B. Shubb <br> Magistrate Judge: Kendal J. Newman |

Martin N. Jensen, Esq.
Jeffrey A. Nordlander, Esq.
PORTER SCOTT, APC
350 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: 916-929-1481
Facsimile: 916-927-3706
mjensen@porterscott.com
jnordlander@porterscott.com

Attorneys for Defendants
MAX RAMSAY, erroneously sued as MAXWELL RAMSAY, JON CROSSEN, CORINNE FUERST, ANDY ALSWEET, erroneously sued as ANDREW ALSWEET, KEVIN TOON, JASON PEEBLER, ABIGAIL NEAL, BRYAN DAVIS, JESSICA HINTZ, MAURA LOPEZ, and JEFFREY ORLANDO

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiff Zoom Imaging Solutions ("Plaintiff"), and Defendants Edward Roe; Maxwell Ramsay; Jon Crossen; Corinne Fuerst; Andrew Alsweet; Kevin Toon; Jason Peebler; Abigail Neal; Power Business Technology LLC; Bryan Davis; Maura Lopez; Jeffrey Orlando; and Jessica Hintz, by and through their counsel of record, hereby consent to electronic service of documents pursuant to Rule 5(2)(E) of the Federal Rules of Civil Procedure, including discovery and other papers filed in the matter of *Zoom Imaging Solutions v. Edward Roe, et al.*, United States District Court, Eastern District of California case no. 2:19-CV-01544-WBS-KJN.

1. Service can be made by email to the following email addresses:
    a. For service on Plaintiff:
        david.garcia@ogletreedeakins.com
        graham.hoerauf@ogletree.com
        carlos.bacio@ogletree.com
    b. For service on Defendants Power Business Technology, LLC and Edward Roe
        thomas.woods@stoel.com
        nicholas.karkazis@stoel.com
    c. For service on Defendants Maxwell Ramsay; Jon Crossen; Corinne Fuerst; Andrew Alsweet; Kevin Toon; Jason Peebler; Abigail Neal; Bryan Davis; Maura Lopez; Jeffrey Orlando; and Jessica Hintz:
        mjensen@porterscott.com
        jnordlander@porterscott.com

2. Notice of changes of email addresses, or counsel to be added to or removed from electronic service, will be sent to counsel for all parties.

3. Pursuant to Rule 5(2)(E) of the Federal Rules of Civil Procedure, electronic service will be effective "sending it to a registered user by filing it with the court's electronic-filing system ***or sending it by other electronic means that the person consented to in writing***—in either of which events service is complete upon filing or sending, but is not effective if the filer or sender learns that it did not reach the person to be served". Fed. R. Civ. Proc. 5(2)(E) (emphasis added).

4. Pursuant to Rule 6(4)(E) of the Federal Rules of Civil Procedure, any document that is served electronically between 12:00 a.m. and 11:59:59 p.m. on a court day shall be deemed served on that court day, except that any document that is served electronically on a non-Court day shall be deemed served on the next court day. Email service will not be deemed effective, however, if the sending party receives an error message notifying the sending party that transmittal of the email was not successful.

5. Emails containing attachments greater than 10MB will be served electronically by or through Defendants or Plaintiff's counsel's file-sharing website.

6. To the extent either the sending or receiving party experiences technical issues that prevent the receiving party from receiving the email, or the sending party from sending the email, then the party experiencing the technical issue will notify the other party as soon as possible. The parties agree that they will work together to ensure that the receiving party timely receives any documents filed including by, as necessary, sending the document by facsimile or personal service.

/ /

/ / /

/ / /

If, however, the technical issue prevents timely service, the parties will work together to extend or modify the time for responding to the email as necessary.

SO STIPULATED.

DATED: March 30, 2020     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ David A. Garcia
    David A. Garcia
    Graham M. Hoerauf
    Carlos Bacio
    Attorneys for Plaintiff
    Zoom Imaging Solutions, Inc.

DATED: March 30, 2020     STOEL RIVES LLP


By: /s/ Nicholas D. Karkazis
    Thomas A. Woods, Esq.
    Nicholas D. Karkazis, Esq.
    Attorneys for Defendants
    EDWARD ROE and POWER BUSINESS TECHNOLOGY, LLC

DATED: March 30, 2020     PORTER SCOTT, APC


By: /s/ Jeffrey A. Nordlander
    Martin N. Jensen, Esq.
    Jeffrey A. Nordlander, Esq.
    Attorneys for Defendants
    MAX RAMSAY, erroneously sued as MAXWELL RAMSAY, JON CROSSEN, CORINNE FUERST, ANDY ALSWEET, erroneously sued as ANDREW ALSWEET, KEVIN TOON, JASON PEEBLER, ABIGAIL NEAL, BRYAN DAVIS, JESSICA HINTZ, MAURA LOPEZ, and JEFFREY ORLANDO

Pursuant to the parties' stipulation and Federal Rule of Civil Procedure 5(b)(2)(E)**, IT IS SO ORDERED**.

Dated: April 7, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE