David A. Garcia CA Bar No. 218356
david.garcia@ogletreedeakins.com
Graham M. Hoerauf CA Bar No. 307649
graham.hoerauf@ogletree.com
Carlos Bacio CA Bar No. 328466
carlos.bacio@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:     714-800-7900
Facsimile:     714-754-1298

Attorneys for Plaintiff Zoom Imaging Solutions, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOOM IMAGING SOLUTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD ROE; MAXWELL RAMSAY; JON CROSSEN; CORINNE FUERST; ANDREW ALSWEET; KEVIN TOON; JASON PEEBLER; ABIGAIL NEAL; POWER BUSINESS TECHNOLOGY LLC; BRYAN DAVIS; MAURA LOPEZ; JEFFREY ORLANDO; JESSICA HINTZ and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:19-CV-01544-WBS-KJN<br><br>**STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINE; ORDER**<br><br>Complaint Filed:     August 9, 2019<br>Trial Date:              None Set<br>Judge:                    Hon. William B. Shubb<br>Magistrate Judge:   Hon. Kendal J. Newman |

Plaintiff Zoom Imaging Solutions, Inc. ("Plaintiff") and Defendants Edward Roe, Max Ramsay, Jon Crossen Corinne Fuerst, Andy Alsweet, Kevin Toon, Jason Peebler, Abigail Neal, Power Business Technology LLC, Bryan Davis, Maura Lopez, Jeffrey Orlando and Jessica Hintz ("Defendants") hereby stipulate and respectfully request an Order modifying the Court's Scheduling Order dated February 13, 2020, [Dkt. No. 90], to extend the deadline for the parties to disclose experts and produce reports until March 25, 2021 and, with respect to experts intended solely for rebuttal, to extend the deadline for the parties to disclose experts and produce reports until April 22,

2021. The current deadlines are February 12, 2021 and March 12, 2021, respectively. Plaintiff and Defendants (the "Parties"), through their respective counsel, hereby stipulate and agree to the following:

WHEREAS, Plaintiff commenced this action against Defendants by filing a Complaint on August 9, 2019;

WHEREAS, Plaintiff served and filed its Amended Complaint on November 29, 2019;

WHEREAS, the Parties have conducted, and continue to conduct, fact discovery;

WHEREAS, Plaintiff believes there is additional fact discovery it must conduct so as to allow its experts sufficient time to prepare their reports;

WHEREAS, Defendants agree to stipulate to extend the expert discovery deadlines;

WHEREAS, good cause exists to extend the expert discovery deadline of this matter as all Parties have stipulated to this continuance and the interests of justice are best served by the brief continuance, which will allow the Parties additional time to evaluate the merits of this action and to prepare their respective experts for trial.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the Parties as follows:

The deadline for the parties to disclose experts and produce reports is extended to March 25, 2021 and, with respect to experts intended solely for rebuttal, the deadline for the parties to disclose experts and produce reports is extended to April 22, 2021.

DATED: January 5, 2021                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/_____
    David A. Garcia
    Graham M. Hoerauf
    Carlos Bacio
    Attorneys for Plaintiff
    Zoom Imaging Solutions, Inc.

DATED: January 5, 2021                              STOEL RIVES LLP


                                                    By: /s/_____
                                                        Thomas A. Woods
                                                        Christopher L. Russell
                                                        Nicholas Karkazis
                                                        Attorneys for Defendants
                                                        Edward Roe and Power Business Technology, LLC


DATED: January 5, 2021                              PORTER SCOTT, APC


                                                    By: /s/_____.
                                                        Martin N. Jensen
                                                        Jeffrey A. Nordlander
                                                        Attorneys for Defendants
                                                        Max Ramsay, erroneously sued as Maxwell Ramsay, Jon Crossen, Corrine Fuerst, Andy Alsweet, erroneously sued as Andrew Alsweet, Kevin Toon, Jason Peebler, Abigail Neal, Bryan Davis, Jessica Hintz, Maura Lopez and Jeffrey Orlando

## ORDER

The Court, having reviewed the Parties' Joint Stipulation to extend expert discovery, and with good cause present, IT IS ORDERED THAT the deadline for the parties to disclose experts and produce reports is extended to March 25, 2021 and, with respect to experts intended solely for rebuttal, the deadline for the parties to disclose experts and produce reports is extended to April 22, 2021.

Dated: January 7, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

zoom.1544

**PROOF OF SERVICE**
*Zoom Imaging Solutions, Inc. v. Edward Roe, et al.*
Case No. 2:19-CV-01544-WBS-KJN

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On January 7, 2021, I served the following document(s):

**STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINE; [PROPOSED] ORDER**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

☐ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY FACSIMILE:** by transmitting a facsimile transmission a copy of said document(s) to the following addressee(s) at the following number(s), in accordance with:

☐ the written confirmation of counsel in this action:
☐ [Federal Court] the written confirmation of counsel in this action and order of the court:

☒ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

☐ **(Federal)** I declare that I am a **member** of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 7, 2021, at Costa Mesa, California.

/s/_____

Theresa Fontes

# SERVICE LIST

| | |
|---|---|
| Thomas A. Woods, Esq.<br>Christopher L. Russell, Esq.<br>Corey M. Day, Esq.<br>Nicholas Karkazis, Esq.<br>STOEL RIVES LLP<br>500 Capitol Mall, Suite 1600<br>Sacramento, CA 95814<br>Telephone:   916-447-0700<br>Facsimile:    916-447-4781<br>thomas.woods@stoel.com<br>chris.russell@stoel.com<br>corey.day@stoel.com<br>nicholas.karkazis@stoel.com | Attorneys for Defendants<br>EDWARD ROE and POWER BUSINESS TECHNOLOGY, LLC |
| Martin N. Jensen, Esq.<br>Jeffrey A. Nordlander, Esq.<br>PORTER SCOTT, APC<br>350 University Avenue, Suite 200<br>Sacramento, CA 95825<br>Telephone:   916-929-1481<br>Facsimile:    916-927-3706<br>mjensen@porterscott.com<br>jnordlander@porterscott.com<br>dganzon@porterscott.com | Attorneys for Defendants<br>MAX RAMSAY, erroneously sued as MAXWELL RAMSAY, JON CROSSEN, CORINNE FUERST, ANDY ALSWEET, erroneously sued as ANDREW ALSWEET, KEVIN TOON, JASON PEEBLER, ABIGAIL NEAL, BRYAN DAVIS, JESSICA HINTZ, MAURA LOPEZ, and JEFFREY ORLANDO |