David A. Garcia CA Bar No. 218356
david.garcia@ogletreedeakins.com
Carlos Bacio CA Bar No. 328466
carlos.bacio@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:     714-800-7900
Facsimile:     714-754-1298

Attorneys for Plaintiff Zoom Imaging Solutions, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOOM IMAGING SOLUTIONS, INC., <br><br>Plaintiff, <br><br>v. <br><br>EDWARD ROE; MAXWELL RAMSAY; JON CROSSEN; CORINNE FUERST; ANDREW ALSWEET; KEVIN TOON; JASON PEEBLER; ABIGAIL NEAL; POWER BUSINESS TECHNOLOGY LLC; BRYAN DAVIS; MAURA LOPEZ; JEFFREY ORLANDO; JESSICA HINTZ and DOES 1 through 100, inclusive, <br><br>Defendants. | Case No. 2:19-CV-01544-WBS-KJN <br><br>**STIPULATION TO CONTINUE TRIAL DATE; ORDER** <br><br>Complaint Filed:  August 9, 2019 <br>Trial Date:         August 3, 2021 <br>Judge:               Hon. William B. Shubb <br>Magistrate Judge: Hon. Kendal J. Newman |

Plaintiff Zoom Imaging Solutions, Inc. ("Plaintiff") and Defendants Edward Roe, Maxwell Ramsay, Joe Crossen, Corinne Fuerst, Andrew Alsweet, Kevin Toon, Jason Peebler, Power Business Technology LLC, Abigail Neal, Maura Lopez, Jeffrey Orlando, Bryan Davis and Jessica Hintz ("Defendants," and together with Plaintiff, the "Parties"), stipulate to continue the trial date and all related deadlines as follows:

1. On August 9, 2019, Plaintiff filed the instant lawsuit in this Court against Defendants alleging various breach of contract, trade secret misappropriation, breach of fiduciary duty, and other claims (the "Lawsuit").

2. On February 14, 2020, the Court set a trial date of August 3, 2021 (Dkt. 90).

3. All discovery is currently scheduled to be completed as of April 9, 2021 (Dkt. 90).

4. Pursuant to Dkt. 127, the Parties are currently scheduled to disclose experts and produce reports by March 25, 2021.

5. All motions, except for motions for continuances, temporary restraining orders, or other emergency applications, are currently scheduled to be filed on or before May 14, 2021 (Dkt. 90).

6. The Final Pretrial Conference is currently scheduled for June 21, 2021.

7. The Parties have not yet completed discovery. The Parties are still seeking documents, interrogatories, and there are pending subpoenas for documents to third parties to be issued and outstanding.

8. This is the first time that the Parties have requested a continuance in this matter.

WHEREFORE, the Parties stipulate as follows:

1. The Trial currently scheduled for August 3, 2021, is continued five months to January 3, 2022, or to an adjacent date convenient for this Court.

2. The expert disclosure deadline currently scheduled for March 25, 2021, is continued five months to August 25, 2021, or to an adjacent date convenient for this Court.

3. The discovery cutoff currently scheduled for April 9, 2021, is continued five months to September 9, 2021, or to an adjacent date convenient for this Court.

/ / /

1  4. The dispositive motion cutoff date currently scheduled for May 14, 2021 is
2  continued five months to October 14, 2021, or to an adjacent date convenient for this Court.
3  5. The Final Pretrial Conference currently scheduled for June 21, 2021 is continued
4  five months to November 22, 2021, or to an adjacent date convenient for this Court.

DATED: March 4 2021          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ *David A. Garcia*
David A. Garcia
Carlos Bacio
Attorneys for Plaintiff
Zoom Imaging Solutions, Inc.

DATED: March 4, 2021         STOEL RIVES LLP

By: /s/ *Thomas A. Woods*
Thomas A. Woods
Christopher L. Russell
Corey M. Day
Nicholas Karkazis
Attorneys for Defendant
Edward Roe and
Power Business Technology, LLC

DATED: March 4, 2021         PORTER SCOTT, APC

By: /s/ *Martin N. Jensen*
Martin N. Jensen
Attorneys for Defendants
Max Ramsay, Jon Crossen, Corinne Fuerst,
Andy Alsweet, Kevin Toon, Jason Peebler,
Abigail Neal, Bryan Davis, Jessica Hintz, Maura
Lopez, and Jeffrey Orlando

# ORDER

**PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT:**

1. The Trial currently scheduled for August 3, 2021, is continued five months to January 11, 2022 at 9:00 a.m.

2. The expert disclosure deadline currently scheduled for March 25, 2021, is continued five months to August 25, 2021, or to an adjacent date convenient for this Court;

3. The discovery cutoff currently scheduled for April 9, 2021, is continued five months to September 9, 2021, or to an adjacent date convenient for this Court;

4. The dispositive motion cutoff date currently scheduled for May 14, 2021 is continued five months to October 14, 2021, or to an adjacent date convenient for this Court;

5. The Final Pretrial Conference currently scheduled for June 21, 2021 is continued five months to November 22, 2021 at 1:30 p.m.; and

6. All other deadlines, which are triggered by the trial date, shall be recalculated in accordance with the new trial date.

Dated:  March 5, 2021

_/s/ William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE