UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ZOOM IMAGING SOLUTIONS, INC., | No. 2:19-cv-01544 WBS KJN |
| Plaintiff, | |
| v. | ORDER RE: PLAINTIFF'S MOTION TO AMEND THE SCHEDULING ORDER |
| EDWARD ROE; MAXWELL RAMSAY; JON CROSSEN; CORINNE FUERST; ANDREW ALSWEET; KEVIN TOON; JASON PEEBLER; ABIGAIL NEAL; POWER BUSINESS TECHNOLOGY LLC; BRYAN DAVIS; MAURA LOPEZ; JEFFREY ORLANDO; JESSICA HINTZ; and DOES 1 through 100, inclusive, | |
| Defendants. | |

----oo0oo----

On August 9, 2021, the court held a hearing on plaintiff's motion to amend the scheduling order to permit plaintiff additional time to complete discovery in this case. David Garcia appeared on behalf of the plaintiff. (See Docket No. 164.) Nicholas Karkazis appeared on behalf of defendants Roe and Power Business Technology, Inc. Joceline Herman appeared on

1

behalf of the remaining named defendants.  (Id.)

At oral argument, the parties jointly requested that the court schedule a Settlement Conference in this matter before Magistrate Judge Newman in early October 2021.  Based on the representation of plaintiff's counsel that settlement discussions would only be productive if plaintiff were able to take the deposition of certain additional defendants prior to the Settlement Conference, as well as plaintiff's demonstrated diligence in pursuing discovery in this matter (see Docket Nos. 145, 161), the court finds that a continuance of the discovery cutoff from September 9, 2021, to September 30, 2021, for the limited purpose of conducting the following depositions is warranted:

1. Edward Roe;
2. Defendant Power Business Technology, Inc.'s designated witness(es) under Federal Rule of Civil Procedure 30(b)(6), to the extent that Edward Roe is not Power's designated witness as to any matter identified by plaintiff;
3. Corinne Fuerst;
4. Jon Crossen;
5. Maura Lopez.

See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607-08 (9th Cir. 1992) (noting that the district court may modify the scheduling order "if it cannot reasonably be met despite the diligence of the party seeking the extension").

IT IS THEREFORE ORDERED that plaintiff's motion to amend the scheduling order be, and the same hereby is, GRANTED to

the limited extent that the deadline for plaintiff to complete the above-listed depositions is extended to September 30, 2021.

This matter is further hereby set for Settlement Conference on October 6, 2021 at 9:00 a.m., before Magistrate Judge Kendall J. Newman via Zoom Video Conference.  The parties are instructed to have a principal with full settlement authority virtually present for the settlement conference or to be fully authorized to settle the matter on any terms.  The individual with full settlement authority to settle must also have unfettered discretion and authority to change the settlement position of the party, if appropriate.  The purpose behind requiring attendance of a person with full settlement authority is that the parties view of the case may be altered during the face to face conference. An authorization to settle for a limited dollar amount or sum certain can be found not to comply with the requirement of full authority to settle.  The parties are directed to exchange non-confidential settlement conference statements seven days prior to the settlement conference.  These statements shall be simultaneously delivered to the court using the following email address: kjnorders@caed.uscourts.gov.  These statements should not be filed on the case docket.  If a party desires to share additional confidential information with the Court, they may do so pursuant to the provisions of Local Rule 270(d) and (e).  Parties shall file their waivers of disqualification no later than seven days prior to the date of the settlement conference.

The filing of any additional motions between now and October 6, 2021 is hereby STAYED in order to facilitate

1 | settlement negotiations.[1]  If this case is not resolved at the
2 | October 6, 2021 Settlement Conference, plaintiff may again move
3 | this court to amend the scheduling order to permit it to complete
4 | any additional necessary discovery.
5 |         IT IS SO ORDERED.
6 | Dated:  August 11, 2021
7 |                                  WILLIAM B. SHUBB
                                     UNITED STATES DISTRICT JUDGE

---

[1] Unless the parties stipulate otherwise, the court will still hear and resolve all pending motions set for hearing between the date of this order and October 6, 2021. (See, e.g., Docket Nos. 132-134, 146, 155.)