THOMAS A. WOODS (SB #210050)
thomas.woods@stoel.com
NICHOLAS D. KARKAZIS (SB #299075)
nicholas.karkazis@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700
Facsimile: 916.447.4781

Attorneys for Defendants
Edward Roe and Power Business Technology, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOOM IMAGING SOLUTIONS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>EDWARD ROE; MAXWELL RAMSAY; JON CROSSEN; CORINNE FUERST; ANDREW ALSWEET; KEVIN TOON; JASON PEEBLER; ABIGAIL NEAL; POWER BUSINESS TECHNOLOGY, LLC; BRYAN DAVIS; MAURA LOPEZ; JEFFREY ORLANDO; JESSICA HINTZ; and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. 2:19-cv-01544-WBS-KJN<br><br>STIPULATION TO CONTINUE DEADLINES ON DEFENDANTS' MOTIONS TO COMPEL SUBPOENA COMPLIANCE BY: (1) NONPARTY BRAD FARNUM; (2) NONPARTY GARY JOHNSON AND (3) NONPARTY WIZIX TECHNOLOGY GROUP, INC.; ORDER<br><br>**[DKT Nos. 132-136, 141-143]** |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO CONTINUE DEADLINES ON DEFS' MOTIONS TO COMPEL SUBPOENA COMPLIANCE; [PROPOSED] ORDER
111408919.3 0069594-00002

-1-

2:19-CV-01544-WBS-KJN

## STIPULATION

Defendants[1] and Subpoena Respondents,[2] together "the Parties," by and through their attorneys hereby stipulate, agree, and provide a statement of due diligence as follows:

1. WHEREAS, since the last update on this matter, additional apparent progress has been made on this dispute for a motion to compel production of documents under three subpoenas. An additional 1,389 more apparently responsive documents totaling 174,692 pages relating to the Subpoenas have been located. These documents require additional time for review for responsiveness and production by Respondents' Counsel.

2. WHEREAS, Defendants' Counsel agreed to provide additional time and acknowledges that, if after a reasonable time to review the production, the production appears substantially complete – or even if an incomplete production can be remedied in a matter of days with simple meet and confer – this matter will be immediately dropped. But Counsel requires time to review the production and meet and confer, if necessary.

3. WHEREAS, although extensions of time on the deadlines for these Motions have been requested and afforded twice before [Dkt ##140-143], those extensions have facilitated substantial progress.

4. WHEREAS, the Parties agree to Subpoena Respondents and Defendants being afforded a reasonable time to review Respondents' production and meet and confer, if necessary, regarding the production.

5. WHEREAS, to further facilitate this process toward resolving these disputes, the Parties agree to continue the hearing on the Motions from August 19, 2021 to **October 6, 2021** in accordance with Dkt. #165, or as soon thereafter as the matter can be heard; and to continue the deadlines to file Joint Statements accordingly, from August 12, 2021 to **September 30, 2021**.

---

[1] "Defendants" here are Edward Roe and Power Business Technology, LLC
[2] "Subpoena Respondents" Gary Johnson, WiZiX Technology Group, Inc., and Brad Farnum.

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO CONTINUE DEADLINES ON DEFS' MOTIONS TO COMPEL SUBPOENA COMPLIANCE; [PROPOSED] ORDER
111408919.3 0069594-00002

-2-

2:19-CV-01544-WBS-KJN

1    IT IS SO STIPULATED.

2

3    Dated: August 12, 2021                      STOEL RIVES LLP

4                                                By:/s/ *Thomas A. Woods*
                                                    Thomas A. Woods
5                                                   Nicholas D. Karkazis
                                                    Attorneys for Defendants
6                                                   Edward Roe and Power Business
                                                    Technology, LLC
7

8    Dated: August 12, 2021                      LAW OFFICE OF CHARLES A. TWEEDY

9                                                By:/s/ *Charles A. Tweedy (as authorized on 08/12/21)*
                                                    CHARLES A. TWEEDY
10                                                  Attorneys for Non-Parties
                                                    GARY JOHNSON, WIZIX TECHNOLOGY
11                                                  GROUP, INC., AND BRAD FARNUM

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO CONTINUE DEADLINES ON DEFS' MOTIONS TO COMPEL SUBPOENA COMPLIANCE; [PROPOSED] ORDER

-3-

2:19-CV-01544-WBS-KJN

111408919.3 0069594-00002

# ORDER

Pursuant to the Stipulation to Continue the Hearing on Motions to Compel of (1) nonparty Brad Farnum; (2) nonparty Gary Johnson; and (3) nonparty WiZiX Technology Group, Inc., the Court, having reviewed the stipulation and finding good cause, orders that:

IT IS HEREBY ORDERED that:

1. Joint Statements re discovery disputes are now due **September 30, 2021**, or five court days before the scheduled hearing once set; and

2. The hearing on the Motions to Compel is continued from August 19, 2021, to **October 6, 2021**, in accordance with Docket No. 165, or as soon thereafter as the matter can be heard by the Court.

IT IS SO ORDERED:

Dated: August 13, 2021

zoom.1544

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO CONTINUE DEADLINES ON DEFS' MOTIONS TO COMPEL SUBPOENA COMPLIANCE; [PROPOSED] ORDER
111408919.3 0069594-00002

-4-

2:19-CV-01544-WBS-KJN

# DECLARATION OF SERVICE

I declare that I am over the age of eighteen years and not a party to this action. I am employed in the City and County of Sacramento and my business address is 500 Capitol Mall, Suite 1600, Sacramento, California 95814.

On August 13, 2021, at Sacramento, California, I served the attached document(s):

> STIPULATION TO CONTINUE DEADLINES ON DEFENDANTS' MOTIONS TO COMPEL SUBPOENA COMPLIANCE BY: (1) NONPARTY BRAD FARNUM; (2) NONPARTY GARY JOHNSON AND (3) NON PARTY WIZIX TECHNOLOGY GROUP, INC.; [PROPOSED] ORDER

on the following parties:

| | |
|---|---|
| Charles A. Tweedy<br>Law Office of Charles A. Tweedy<br>11341 Gold Express Dr., Ste. 110<br>Gold River, CA 95670<br>916-631-8388<br>litigator@charlestweedy.com<br>litigator@sbcglobal.net<br>litigationstaff@charlestweedy.com | Attorney for Non-Parties<br>Gary Johnson<br>WiZiX Technology Group, Inc.<br>Brad Farnum |

☒ **BY EMAIL:** On the date written above, I emailed a copy of the attached documents to the addressee, as shown on the service list.

☒ **BY FIRST CLASS MAIL:** I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the U.S. Postal Service. In the ordinary course of business, correspondence would be deposited with the U.S. Postal Service on the day on which it is collected. On the date written above, following ordinary business practices, I placed for collection and mailing at the offices of Stoel Rives LLP, 500 Capitol Mall, Suite 1600, Sacramento, California 95814, a copy of the attached document in a sealed envelope, with postage fully prepaid, addressed as shown on the service list. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing contained in this declaration.

☐ **BY OVERNIGHT MAIL:** I am readily familiar with my employer's practice for the collection and processing of correspondence for overnight delivery. In the ordinary course of business, correspondence would be deposited in a box or other facility regularly maintained by the express service carrier or delivered to it by the carrier's authorized courier on the day on which it is collected. On the date written above, following ordinary business practices, I placed for collection and overnight delivery at the offices of Stoel Rives LLP, 500 Capitol Mall, Suite 1600, Sacramento, California 95814, a copy of the attached document in a sealed envelope, with delivery fees prepaid or provided for, addressed as shown on the service list.

☒ **(Federal Courts Only)** I declare that I am employed in the office of a member of this court at whose direction this service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on August 13, 2021, at Sacramento, California.

_____
Dawn R. Forgeur, CCLS

Stoel Rives LLP
Attorneys At Law
Sacramento

STIPULATION TO CONTINUE DEADLINES ON DEFS' MOTIONS TO COMPEL SUBPOENA COMPLIANCE; [PROPOSED] ORDER
111408919.3 0069594-00002

-5-

2:19-CV-01544-WBS-KJN