UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ZOOM IMAGING SOLUTIONS, INC., <br><br>   Plaintiff, <br><br>   v. <br><br> EDWARD ROE; MAXWELL RAMSAY; JON CROSSEN; CORINNE FUERST; ANDREW ALSWEET; KEVIN TOON; JASON PEEBLER; ABIGAIL NEAL; POWER BUSINESS TECHNOLOGY LLC; BRYAN DAVIS; MAURA LOPEZ; JEFFREY ORLANDO; JESSICA HINTZ; and DOES 1 through 100, inclusive, <br><br>   Defendants. | No. 2:19-cv-01544 WBS KJN <br><br><br> ORDER RE: PLAINTIFF'S EX PARTE APPLICATION |

----oo0oo----

On August 19, 2021, plaintiff Zoom Imaging Solutions, Inc. filed an ex parte application (Docket No. 172) seeking additional guidance from the court regarding its prior order granting plaintiff's motion to amend the scheduling order (Docket No. 165). Specifically, plaintiff seeks an order stating that the parties are not required to comply with the expert disclosure

1

deadline which was previously set for August 25, 2021, pursuant to the parties' stipulation and subsequent order, or the corresponding deadline for rebuttal witnesses.  (See Docket No. 129.)

After considering plaintiff's ex parte application, defendants' opposition (Docket No. 173), and plaintiff's reply (Docket No. 176), because the court does not understand that the parties need to complete expert disclosures before the October 6, 2021 settlement conference, court will adopt plaintiff's suggestion.

IT IS THEREFORE ORDERED THAT the expert disclosure deadline currently set for August 25, 2021, and the corresponding deadline for rebuttal witnesses, are hereby vacated.  If the case does not settle at the October 6, 2021 settlement conference, upon application of the parties the court will determine new expert disclosure deadlines.

Dated:  August 20, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2