THOMAS A. WOODS (SB #210050)
thomas.woods@stoel.com
NICHOLAS D. KARKAZIS (SB #299075)
nicholas.karkazis@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700
Facsimile: 916.447.4781

Attorneys for Defendants
Edward Roe and Power Business Technology, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOOM IMAGING SOLUTIONS, INC., | Case No. 2:19-cv-01544-WBS-KJN |
| Plaintiff, | JOINT STIPULATION RE: TRIAL AND RELATED DATES |
| v. | |
| EDWARD ROE; MAXWELL RAMSAY; JON CROSSEN; CORINNE FUERST; ANDREW ALSWEET; KEVIN TOON; JASON PEEBLER; ABIGAIL NEAL; POWER BUSINESS TECHNOLOGY, LLC; BRYAN DAVIS; MAURA LOPEZ; JEFFREY ORLANDO; JESSICA HINTZ; and DOES 1 through 100, inclusive, | |
| Defendants. | |

## **JOINT STIPULATION RE: TRIAL AND RELATED DATES**

Plaintiff Zoom Imaging Solutions, Inc. ("Zoom") and Defendants Edward Roe, Maxwell Ramsay, Jon Crossen, Corinne Fuerst, Andrew Alsweet, Kevin Toon, Jason Peebler, Abigail Neal, Bryan Davis, Maura Lopez, Jeffrey Orlando, Jessica Hintz, and Power Business Technology, LLC ("Defendants") (collectively, Zoom and Defendants are the "Parties") submit this Joint Stipulation re: Trial and Related Dates:

### **Recitals**

1. On March 8, 2021, the Court entered a stipulation of the parties continuing trial and all related dates. ECF No. 129.

2. On August 11, 2021, the Court granted Zoom's Motion to Amend the Scheduling Order in part and ordered the Parties to attend a Settlement Conference (ECF No. 165);

3. On August 20, 2021, following Zoom's Ex Parte Application, the Court issued a further Order (ECF No. 178) vacating the expert and rebuttal disclosure deadlines;

4. On October 6, 2021, the Parties attended the Settlement Conference with the Honorable Kendall J. Newman. The entire case did not settle; during the Settlement Conference, the respective parties discussed the potential dismissal of certain Individual Defendants, and ultimately Zoom and the Individual Defendants and their Counsel reached an agreement to achieve the dismissal of at least six Individual Defendants. The respective parties are finalizing these dismissal papers to file with the Court to achieve this dismissal of six Individual Defendants.

5. On October 14, 2021, the Parties stipulated that the dispositive motion deadline, then set for October 14, 2021, should also be vacated. ECF No. 188. The Parties were thereafter informed by the Court clerk that the dispositive motion stipulation would not continue other trial related dates, including the pretrial statement deadlines, and may interfere with other currently scheduled deadlines.

6. The Parties have met and conferred and agree that trial and all related dates should be continued.

THEREFORE, THE PARTIES STIPULATE:

### **Stipulation**

1. The trial date of January 11, 2022, is continued to October 25, 2022, or to an adjacent date convenient for this Court.

2. The final pretrial conference currently scheduled for November 22, 2021, is continued to August 15, 2022, or to an adjacent date convenient for this Court.

3. The fact discovery cut off is set for February 28, 2022.

4. The expert disclosure deadline is set for April 14, 2022.

5. The expert supplemental disclosure deadline is set for April 28, 2022.

6. The expert discovery deadline is set for May 13, 2022.

7. The dispositive motion filing deadline is set for May 31, 2022.

IT IS SO STIPULATED.

DATED: November 5, 2021                    STOEL RIVES LLP

By:/s/ Nicholas D. Karkazis
    Thomas A. Woods
    Nicholas D. Karkazis
    Attorneys for Defendants
    Edward Roe and Power Business Technology, LLC

| | | |
|---|---|---|
| 1 | DATED:  November 10, 2021 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Drake A. Mirsch<br>     David A. Garcia |
| 5 | | Carlos Bacio<br>Drake A. Mirsch |
| 6 | | Attorneys for Plaintiff<br>Zoom Imaging Solutions, Inc. |
| 7 | | |
| 8 | DATED:  November 10, 2021 | PORTER SCOTT, APC |
| 9 | | |
| 10 | | By: /s/ Martin N. Jensen<br>     Martin N. Jensen |
| 11 | | Attorneys for Defendants<br>Max Ramsay, Jon Crossen, Corinne Fuerst, Andy Alsweet, Kevin Toon, Jason Peebler, Abigail Neal, Bryan Davis, Jessica Hintz, Maura Lopez, and Jeffrey Orlando |

# **ORDER**

**PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT:**

1. The trial date of January 11, 2022, is continued to **October 25, 2022 at 9:00 a.m.**

2. The final pretrial conference currently scheduled for November 22, 2021, is continued to **August 15, 2022 at 1:30 p.m.**

3. The fact discovery cut off is set for February 28, 2022.

4. The expert disclosure deadline is set for April 14, 2022.

5. The expert supplemental disclosure deadline is set for April 28, 2022.

6. The expert discovery deadline is set for May 13, 2022.

7. The dispositive motion filing deadline is set for May 31, 2022.

Dated: November 12, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stoel Rives LLP
Attorneys At Law
Sacramento

STIPULATION RE: TRIAL AND RELATED DATES  -5-  2:19-CV-01544-WBS-KJN

113028065.1 0069594-00002

39623401.1