**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Martin N. Jensen, SBN 232231
mjensen@porterscott.com
Joceline M. Herman, SBN 310897
jherman@porterscott.com
350 University Avenue, Suite 200
Sacramento, California 95825
Tel: 916.929.1481
Fax: 916.927.3706

Attorneys for Defendants
MAX RAMSAY, erroneously sued as MAXWELL RAMSAY, JON CROSSEN, CORINNE FUERST, ANDY ALSWEET, erroneously sued as ANDREW ALSWEET, KEVIN TOON, JASON PEEBLER, ABIGAIL NEAL, BRYAN DAVIS, MAURA LOPEZ, JEFFREY ORLANDO, and JESSICA HINTZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOOM IMAGING SOLUTIONS, INC., | CASE NO. 2:19-cv-01544-WBS-KJN |
| Plaintiff, | **STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANTS ANDREW ALSWEET (erroneously named), CORRINE FUERST, JESSICA HINTZ, ABIGAIL NEAL, JEFFREY ORLANDO AND KEVIN TOON [FRCP 41(a)(1)(A)(ii)]; ORDER OF DISMISSAL** |
| v. | |
| EDWARD ROE; MAXWELL RAMSAY; JON CROSSEN; CORINNE FUERST; ANDREW ALSWEET; KEVIN TOON; JASON PEEBLER; ABIGAIL NEAL; POWER BUSINESS TECHNOLOGY, LLC; BRYAN DAVIS; MAURA LOPEZ; JEFFREY ORLANDO; JESSICA HINTZ and DOES 1 through 100, inclusive, | Complaint Filed: August 9, 2019<br>Trial Date: January 11, 2022<br>Judge: Hon. William B. Shubb<br>Magistrate Judge: Hon. Kendal J. Newman |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff ZOOM IMAGING SOLUTIONS, INC. and Defendants ANDREW ALSWEET (erroneously named), CORRINE FUERST, JESSICA HINTZ, ABIGAIL NEAL,

JEFFREY ORLANDO AND KEVIN TOON (the "Stipulating Parties"), by and through their counsel of record, that all of Plaintiff's claims against Defendants ANDREW ALSWEET (erroneously named), CORRINE FUERST, JESSICA HINTZ, ABIGAIL NEAL, JEFFREY ORLANDO and KEVIN TOON ("the Stipulating Defendants") are voluntarily dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each side to bear their own attorneys' fees and costs. Each of the Stipulating Defendants agrees that their current counsel of record Porter Scott is authorized to accept service, on behalf of each of the Stipulating Defendants, of any subpoena to appear as a witness at trial or in any proceeding in this matter. Each of the Stipulating Defendants agrees that Porter Scott may release to Plaintiff his or her last known contact information in case Porter Scott refuses to accept service of a subpoena issued to any of the Stipulating Defendants to appear as a witness in this case.

Dated: November 16, 2021

PORTER SCOTT
A PROFESSIONAL CORPORATION

By  */s/ Martin N. Jensen*
 Martin N. Jensen
 Joceline M. Herman
 Attorneys for Defendants
 MAX RAMSAY, JON CROSSEN, CORINNE FUERST, ANDY ALSWEET, KEVIN TOON, JASON PEEBLER, ABIGAIL NEAL, BRYAN DAVIS, MAURA LOPEZ, JEFFREY ORLANDO, and JESSICA HINTZ

2

2:19-cv-01544-WBS-KJN

{02549819.DOCX}
STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANTS ANDREW ALSWEET (erroneously named), CORRINE FUERST, JESSICA HINTZ, ABIGAIL NEAL, JEFFREY ORLANDO AND KEVIN TOON [FRCP 41(a)(1)(A)(ii)]; ORDER OF DISMISSAL

Dated: November 16, 2021

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ *David A. Garcia*
David A. Garcia
Carlos Bacio
Drake A. Mirsch
Attorneys for Plaintiff
Zoom Imaging Solutions, Inc.

## ORDER OF DISMISSAL

Pursuant to the foregoing stipulation under Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby ordered that all of Plaintiff ZOOM IMAGING SOLUTIONS, INC.'s claims against Defendants ANDREW ALSWEET (erroneously named), CORRINE FUERST, JESSICA HINTZ, ABIGAIL NEAL, JEFFREY ORLANDO and KEVIN TOON ("Stipulating Defendants") in the above-entitled action are dismissed with prejudice, with each party to bear their own attorney's fees and costs.

Porter Scott shall accept service, on behalf of each of the Stipulating Defendants, of any subpoena to appear as a witness at trial or in any proceeding in this matter. If Porter Scott does not accept or refuses to accept service of a subpoena issued to any of the Stipulating Defendants to appear as a witness in this case, then in that instance Porter Scott shall immediately release to Plaintiff the last known contact information of any of the Stipulating Defendants for whom it has not accepted service of the subpoena to testify as a witness in this case.

Dated: November 17, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE