LAW OFFICE OF CHARLES A. TWEEDY
Charles A. Tweedy [SBN 096234]
11341 Gold Express Drive, Suite 110
Gold River, California 95670
Attorneys for) NONPARTY BRAD FARNUM;
NONPARTY GARY JOHNSON; AND NON PARTY
WIZIX TECHNOLOGY GROUP, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOOM IMAGING SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> EDWARD ROE; MAXWELL RAMSAY; JON CROSSEN; CORINNE FUERST; ANDREW ALSWEET; KEVIN TOON; JASON PEEBLER; ABIGAIL NEAL; POWER BUSINESS TECHNOLOGY, LLC; BRYAN DAVIS; MAURA LOPEZ; JEFFREY ORLANDO; JESSICA HINTZ; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. 2:19-cv-01544-WBS-KJN <br><br> STIPULATION TO EXTEND DEADLINE FOR DOCUMENT PRODUCTION BY NONPARTY GARY JOHNSON AND NON PARTY WIZIX TECHNOLOGY GROUP, INC. IN COMPLIANCE WITH SUBPOENAS; ORDER <br><br> **[ECF Nos. 132-136, 141-143, 193-194, 208]** |

STIPULATION

Defendants[1] and Subpoena Respondents,[2] together "the Parties," by and through their

attorneys hereby stipulate, agree, and provide a statement of due diligence as follows:

1.       WHEREAS, on February 18, 2022, a hearing was held on Defendants' motions

to compel the production of documents (without designation of any as protected) from

Subpoena Respondents.

---

[1]  "Defendants" here are Edward Roe and Power Business Technology, LLC
[2]  "Subpoena Respondents" Gary Johnson, WiZiX Technology Group, Inc.

2.    WHEREAS, on February 22, 2022, the Court filed its Order granting Defendants' Motion [**ECF No. 208**], setting **March 4, 2022** as the production date for Subpoena Respondents.  Defendants, however, were encouraged at the hearing to consider affording Subpoena Respondents a reasonable extension of time to complete their production, if necessary.

3.    WHEREAS, on March 4, 2022 and March 8, 2022, Subpoena Respondents requested that Defendants allow additional time for Subpoena Respondents to make their respective productions, given the WiZiX production size, and technical difficulties associated with completing the Johnson production.  Defendants agreed to extend time in each instance.  Defendants also said that further extensions may be limited or unavailable due to other deadlines pending in the case.

4.    WHEREAS, Defendants agree that Subpoena Respondents may have the following extension of time to make Subpoena Respondents' production:

5.    Defendants agree to grant Subpoena Respondent WiZix an extension until **March 11, 2022** to produce the documents responsive to the WiZiX subpoena, along with the verification that all responsive documents have been produced.   In addition, Defendants agree to grant Subpoena Respondent Gary Johnson an extension until **March 15, 2022** to produce the documents responsive to the Gary Johnson subpoena, including documents from his personal email account, text messages on his phone, and any other documents from his devices, along with the verification that all responsive documents have been produced.

6.    Attached hereto as Exhibit A is a copy of Defendants' March 8, 2022 email granting said extensions.

IT IS SO STIPULATED.

1

2   Dated:  **March 10, 2022**                     STOEL RIVES LLP

3                                                  By:/s/
4                                                     Thomas A. Woods
                                                      Nicholas D. Karkazis
5                                                     Attorneys for Defendants
                                                      Edward Roe and Power Business
6                                                     Technology, LLC

7

8

9                                                  LAW OFFICE OF CHARLES A. TWEEDY
    Dated:  **March 10, 2022**
10

11                                                 By  /s/
                                                      CHARLES A. TWEEDY
12                                                    Attorneys for Non-Parties
                                                      GARY JOHNSON, WIZIX TECHNOLOGY
13                                                    GROUP, INC. AND BRAD FARNUM

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

<u>ORDER</u>

2

    Pursuant to the Stipulation to Extend Deadline for Document Production by Nonparty Gary

3

Johnson and Nonparty WiZiX Technology Group, Inc., the Court, having reviewed the stipulation

4

and finding good cause, orders that:

5

    IT IS HEREBY ORDERED that:

6

    1.    Subpoena Respondent WiZix is granted an extension until **March 11, 2022,** to

7

produce the documents responsive to the WiZiX subpoena, along with the verification that all

8

responsive documents have been produced; and

9

    2.    Subpoena Respondent Gary Johnson is granted an extension until **March 15, 2022,**

10

to produce the documents responsive to the Gary Johnson subpoena, including documents from his

11

personal email account, text messages on his phone, and any other documents from his devices,

12

along with the verification that all responsive documents have been produced.

13

    IT IS SO ORDERED.

14

Dated:  March 11, 2022

15

16

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

17

18

zoom.1544

19

20

21

22

23

24

25

26

27

28

1

**DECLARATION OF SERVICE**

2

      I declare that I am over the age of eighteen years and not a party to this action.  I am employed in the City of Gold River, County of Sacramento and my business address is 11341

3

Gold Express Drive, Suite 110, Gold River, CA  95670.

4

      On March 10, 2022, at Gold River, California, I served the attached document(s):

5

STIPULATION TO EXTEND DEADLINE FOR DOCUMENT PRODUCTION BY NONPARTY GARY JOHNSON AND NON PARTY WIZIX TECHNOLOGY GROUP,

6

INC. IN COMPLIANCE WITH SUBPOENAS; [PROPOSED] ORDER

7

on the following parties:

8

      Thomas A. Woods, Esq.          Attorney for Defendants

9

      Stoel Rives LLP               Edward Roe and Power Business
      500 Capitol Mall, Suite 1600     Technology, LLC

10

      Sacramento, CA 95814
      Tel:    (916) 319-4748 [Direct]

11

      Cell:   (916) 201-5793 [Woods]
      EM:    thomas.woods@stoel.com

12

13

☒   **BY EMAIL:**  On the date written above, I emailed a copy of the attached documents to the addressee, as shown on the service list.

14

15

☒   **(Federal Courts Only)**  I declare that I am employed in the office of a member of this court at whose direction this service was made.

16

17

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this document was executed on March 10, 2022, at Gold

18

River, California.

19

20

_____

              Noreen Patrignani

21

22

23

24

25

26

27

28