David A. Garcia CA Bar No. 218356
david.garcia@ogletreedeakins.com
Blair T. Troy CA Bar No. 308348
blair.troy@ogletree.com
Carlos Bacio CA Bar No. 328466
carlos.bacio@OGLETREE.COM
Drake A. Mirsch CA Bar No. 328526
drake.mirsch@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:     714-800-7900
Facsimile:     714-754-1298

Attorneys for Plaintiff Zoom Imaging Solutions, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOOM IMAGING SOLUTIONS, INC., <br><br>  Plaintiff, <br><br> v. <br><br> EDWARD ROE; MAXWELL RAMSAY; JON CROSSEN; CORINNE FUERST; ANDREW ALSWEET; KEVIN TOON; JASON PEEBLER; ABIGAIL NEAL; POWER BUSINESS TECHNOLOGY LLC; BRYAN DAVIS; MAURA LOPEZ; JEFFREY ORLANDO; JESSICA HINTZ and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. 2:19-CV-01544-WBS-KJN <br><br> **JOINT STIPULATION RE: VACATION AND CONTINUATION OF SPECIFIED PRE-TRIAL DEADLINES; AND ORDER** <br><br> Complaint Filed:  August 9, 2019 <br> Trial Date:  October 25, 2022 <br> Judge:  Hon. William B. Shubb <br> Magistrate Judge:  Hon. Kendal J. Newman |

19cv1544 Zoom - Stip to Modify

**JOINT STIPULATION RE: EXPERT DISCLOSURE DEADLINE**

Plaintiff Zoom Imaging Solutions, Inc. ("Zoom") and Defendants Edward Roe, Maxwell Ramsay, Jon Crossen, Jason Peebler, Bryan Davis, Maura Lopez and Power Business Technology, LLC ("Defendants") (collectively, Zoom and Defendants are the "Parties") submit this Joint Stipulation re: Vacation and Continuation of Particular Pre-Trial Deadlines:

**Recitals**

1. On November 10, 2021, the Parties submitted a stipulation to continue the trial and related deadlines (see ECF No. 188);

2. On November 15, 2021, this Court signed an Order Granting the Stipulation for Continuation of Trial Date, which continued the expert disclosure deadline as April 14, 2022, the supplemental expert disclosure deadline as April 28, 2022, and the expert discovery deadline to May 13, 2021 (see ECF No. 190);

3. Each Party designated three experts;

4. The deadline to designate and serve initial and supplemental expert identification and reports has expired;

5. The Parties are pending expert discovery, the deadline for completion currently being May 13, 2022;

6. The Parties have noticed six depositions to be taken with accompanying document requests, which they reasonably anticipate will require a reasonable extension of time to complete;

7. The Parties do not anticipate being able to complete expert discovery by the deadline of May 13, 2022;

8. The Parties therefore – without moving the existing Trial Date and still affording two months between the Pre-Trial Conference and Trial Date – seek to continue the expert discovery and other pre-trial deadlines to allow them to complete expert depositions by June 10, 2022, and do so in a manner that permits other pre-trial activities to fall as they had in the Order Granting the Stipulation for Continuation of Trial Date (ECF No. 190).  For instance, that Order contemplates dispositive motions after the conclusion of expert discovery.

19cv1544 Zoom - Stip to Modify

1    Case No. 2:19-CV-01544-WBS-KJN
JOINT STIPULATION RE: VACATION AND CONTINUATION OF SPECIFED PRE-TRIAL DEADLINES; AND ORDER

## Stipulation

1. The expert discovery deadline for expert depositions shall be continued to June 10, 2022;

2. The document production associated with Mike Kunkel shall be produced by May 13, 2022;

3. All other document productions associated with expert discovery, whether related to an expert's initial or supplemental report or designation, or called for under the deposition notices that have been served, shall be completed by May 21, 2022;

4. The dispositive motion deadline (to file motions) shall be continued to June 24, 2022;

5. The Pre-Trial Conference shall take place on August 25, 2022;

6. The Trial Date shall remain in place, for October 25, 2022.

DATED: May 10, 2022          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/_____
David A. Garcia
Carlos Bacio
Drake A. Mirsch
Attorneys for Plaintiff
Zoom Imaging Solutions, Inc.

DATED: May 10, 2022          STOEL RIVES LLP

By: /s/_____
Thomas A. Woods
Christopher L. Russell
Corey M. Day
Nicholas Karkazis
Attorneys for Defendant
Edward Roe and
Power Business Technology, LLC

19cv1544 Zoom - Stip to Modify

2          Case No. 2:19-CV-01544-WBS-KJN
JOINT STIPULATION RE: VACATION AND CONTINUATION OF SPECIFED PRE-TRIAL DEADLINES; AND ORDER

DATED:  May 11, 2022                    PORTER SCOTT, APC

                                        By: /s/ _____
                                            Martin N. Jensen
                                            Attorneys for Defendants
                                            Max Ramsay, Jon Crossen, Corinne Fuerst,
                                            Andy Alsweet, Kevin Toon, Jason Peebler,
                                            Abigail Neal, Bryan Davis, Jessica Hintz, Maura
                                            Lopez, and Jeffrey Orlando

19cv1544 Zoom - Stip to Modify

JOINT STIPULATION RE: VACATION AND CONTINUATION OF SPECIFED PRE-TRIAL DEADLINES; AND ORDER

# ORDER

**PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT:**

1. The expert discovery deadline for expert depositions is continued to June 10, 2022;

2. The document production associated with Mike Kunkel shall be produced by May 13, 2022;

3. All other document productions associated with expert discovery, whether related to an expert's initial or supplemental report or designation, or called for under the deposition notices that have been served, shall be completed by May 23, 2022;

4. The dispositive motion deadline (to file motions) is continued to June 24, 2022;

5. The Pre-Trial Conference shall take place on **August 29, 2022 at 1:30 p.m.;**

6. The Trial Date shall **remain** in place, for October 25, 2022 at 9:00 a.m.

Dated: May 11, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

19cv1544 Zoom - Stip to Modify

4                Case No. 2:19-CV-01544-WBS-KJN
JOINT STIPULATION RE: VACATION AND CONTINUATION OF SPECIFED PRE-TRIAL DEADLINES; AND ORDER