1  Vince M. Verde CA Bar No. 202472
   vince.verde@ogletree.com
2  David A. Garcia CA Bar No. 218356
   david.garcia@ogletreedeakins.com
3  Carlos Bacio CA Bar No. 328466
   carlos.bacio@ogletree.com
4  Drake A. Mirsch CA Bar No. 328526
   drake.mirsch@ogletree.com
5  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Park Tower, Fifteenth Floor
6  695 Town Center Drive
   Costa Mesa, CA  92626
7  Telephone:      714-800-7900
   Facsimile:       714-754-1298
8
   Attorneys for Plaintiff Zoom Imaging Solutions, Inc
9
   THOMAS A. WOODS (SB #210050)
10 thomas.woods@stoel.com
   NICHOLAS D. KARKAZIS (SB #299075)
11 nicholas.karkazis@stoel.com
   STOEL RIVES LLP
12 500 Capitol Mall, Suite 1600
   Sacramento, CA  95814
13 Telephone:  916.447.0700
   Facsimile:  916.447.4781
14
   Attorneys for Defendants
15 Edward Roe and Power Business Technology, LLC

16 [*ADDITIONAL COUNSEL ON NEXT PAGE*]

17                    UNITED STATES DISTRICT COURT

18                    EASTERN DISTRICT OF CALIFORNIA

19

20 ZOOM IMAGING SOLUTIONS, INC.,          Case No. 2:19-cv-01544-WBS-KJN

                      Plaintiff,           JOINT STIPULATION TO AMEND
21                                         BRIEFING DEADLINES ASSOCIATED
          v.                               WITH DEFENDANTS' MOTION FOR
22                                         SUMMARY JUDGMENT
   EDWARD ROE; MAXWELL RAMSAY; JON
23 CROSSEN; CORINNE FUERST; ANDREW
   ALSWEET; KEVIN TOON; JASON
24 PEEBLER; ABIGAIL NEAL; POWER
   BUSINESS TECHNOLOGY, LLC; BRYAN
25 DAVIS; MAURA LOPEZ; JEFFREY
   ORLANDO; JESSICA HINTZ; and DOES 1
26 through 100, inclusive,

27                    Defendants.

28

1

2    **P O R T E R** | **S C O T T**
     A PROFESSIONAL CORPORATION
3    Martin N. Jensen, SBN 232231
     mjensen@porterscott.com
4    Jeffrey E. Schultz, SBN 335323
     jschultz@porterscott.com
5    350 University Ave., Suite 200
     Sacramento, California 95825
6    TEL: 916.929.1481
     FAX: 916.927.3706

7
     Attorneys for Defendants
8    MAX RAMSAY, erroneously sued as MAXWELL RAMSAY, JON CROSSEN, CORINNE
     FUERST, ANDY ALSWEET, erroneously sued as ANDREW ALSWEET, KEVIN TOON,
9    JASON PEEBLER, ABIGAIL NEAL, BRYAN DAVIS, MAURA LOPEZ, JEFFREY
     ORLANDO, and JESSICA HINTZ
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE: BRIEFING DEADLINES              -2-                    2:19-CV-01544-WBS-KJN
FOR DEFENDANTS' MSJ

**JOINT STIPULATION TO AMEND BRIEFING DEADLINES ASSOCIATED WITH**

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff Zoom Imaging Solutions, Inc. ("Zoom") and Defendants Power Business Technology, LLC ("Power"), Ed Roe, Max Ramsay, Jon Crossen, Jason Peebler, Bryan Davis, and Maura Lopez ("Defendants") (collectively, Zoom and Defendants are the "Parties") submit this Joint Stipulation re: Trial and Related Dates:

**Recitals**

1.      On June 24, 2022, Defendants Power and Ed Roe; and Defendants Max Ramsay, Jon Crossen, Jason Peebler, Bryan Davis, and Maura Lopez filed their respective Motions for Summary Judgment (collectively, "Defendants' Motions"). (ECF 237; 239);

2.      Due a clerical error, Plaintiff mis-calendared the deadline to oppose Defendants' Motions;

3.      On July 11, 2022, Defendants filed their respective Notices of Non-Opposition to Defendants' Motions. (ECF Nos. 244, 245);

4.      On July 11, 2022, Plaintiff contacted Defendants to stipulate to amending the briefing deadlines associated with Defendants' Motions to allow Plaintiff sufficient time to oppose Defendants' Motions, and allow Defendants sufficient time to reply to Plaintiff's oppositions.

5.      The Parties have met and conferred and agree that the briefing deadlines associated with Defendants' Motions should be continued.

THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

**Stipulation**

1.      Plaintiff will file its Oppositions to Defendants Power and Ed Roe; and Defendants Max Ramsay, Jon Crossen, Jason Peebler, Bryan Davis, and Maura Lopez's respective Motions for Summary Judgment no later than July 14, 2022;

2.       Defendants Power and Ed Roe; and Defendants Max Ramsay, Jon Crossen, Jason Peebler, Bryan Davis, and Maura Lopez will file their respective Replies to Plaintiff's Opposition on August 5, 2022;

/ / /

1      3.     The August 8, 2022 Hearing Date to be continued by two weeks, or at Honorable

2 William B. Shubb's convenience, to accommodate the deadlines.

3

4      IT IS SO STIPULATED.

5

6

7 DATED:  July 12, 2022               OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

8

9                            By: */s/ Carlos Bacio*

10                              David A. Garcia
                                Carlos Bacio

11                              Drake A. Mirsch
                              Attorneys for Plaintiff

12                              Zoom Imaging Solutions, Inc.

13 DATED:  July 12, 2022               STOEL RIVES LLP

14

15                            By: */s/ Nicholas D. Karkazis*

16                              Thomas A. Woods
                              Nicholas D. Karkazis

17                            Attorneys for Defendants
                            Edward Roe and Power Business Technology,

18                            LLC

19

20 DATED:  July 12, 2022               PORTER SCOTT, APC

21

22                            By: */s/ Martin N. Jensen*
                              Martin N. Jensen

23                            Attorneys for Defendants
                            Max Ramsay, Jon Crossen, Corinne Fuerst, Andy

24                            Alsweet, Kevin Toon, Jason Peebler, Abigail
                            Neal, Bryan Davis, Jessica Hintz, Maura Lopez,

25                            and Jeffrey Orlando

26

27

28

1

<u>ORDER</u>

2

**PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY**

3

**ORDERED THAT:**

4

5

      1.     Plaintiff will file its Oppositions to Defendants Power and Ed Roe; and Defendants

6

Max Ramsay, Jon Crossen, Jason Peebler, Bryan Davis, and Maura Lopez's respective Motions

7

for Summary Judgment no later than July 14, 2022;

8

      2.     Defendants Power and Ed Roe; and Defendants Max Ramsay, Jon Crossen, Jason

9

Peebler, Bryan Davis, and Maura Lopez will file their respective Replies to Plaintiff's Opposition

10

on August 5, 2022;

11

12

      3.     The August 8, 2022 Motion Hearing date on the pending Motions for Summary

13

Judgment (Docket Nos.  237, 238, 239) is  continued **<u>August 22, 2022 at 1:30 p.m.</u>** to

14

accommodate the deadlines.

15

      4.     The Pretrial Conference is continued to **<u>November 7, 2022  at 1:30 p.m.</u>**

16

      5.     The Jury Trial is continued to **<u>January 10, 2023 at 9:00 a.m.</u>**

17

18

19

Dated: July 12, 2022

20

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28