UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ZOOM IMAGING SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> EDWARD ROE; MAXWELL RAMSAY; JON CROSSEN; CORINNE FUERST; ANDREW ALSWEET, KEVIN TOON; JASON PEEBLER; ABIGAIL NEAL; POWER BUSINESS TECHNOLOGY LLC; BRYAN DAVIS; MAURA LOPEZ; JEFFREY ORLANDO; JESSICA HINTZ; and DOES 1 through 100, inclusive, <br><br> Defendants. | No. 2:19-cv-01544 WBS KJN <br><br><br> ORDER |

----oo0oo----

Defendants have filed a proposed judgment. (Docket No. 262.) The proposed document would enter judgment as to defendants Jon Crossen, Jason Peebler, and Maura Lopez only. While it appears that all claims against these defendants have been dismissed, the court notes that other claims remain against other defendants. The ordinary practice is to enter final

1

judgment only after all claims have been resolved against all defendants.  See Fed. R. Civ. P 54(b) ("When an action presents more than one claim for relief . . . or when multiple parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay."); see also Jewel v. Nat'l Sec. Agency, 810 F.3d 622, 627-28 (9th Cir. 2015) (decision whether to enter final judgment as to some claims or parties but not all is left to the discretion of the district court).  Among other considerations, waiting for a single judgment decreases the likelihood of burdening the Court of Appeals with two or more separate appeals.  Defendants have provided no reason to depart from this practice, and the court sees no reason to do so.  According, the court declines to enter judgment as to defendants Crossen, Peebler, and Lopez at this time.

IT IS SO ORDERED.

Dated: September 30, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE