UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ZOOM IMAGING SOLUTIONS, INC., | No. 2:19-cv-01544 WBS KJN |
| Plaintiff, | |
| v. | ORDER |
| EDWARD ROE; MAXWELL RAMSAY; JON CROSSEN; CORINNE FUERST; ANDREW ALSWEET, KEVIN TOON; JASON PEEBLER; ABIGAIL NEAL; POWER BUSINESS TECHNOLOGY LLC; BRYAN DAVIS; MAURA LOPEZ; JEFFREY ORLANDO; JESSICA HINTZ; and DOES 1 through 100, inclusive, | |
| Defendants. | |

----oo0oo----

Plaintiff's ex parte application for an order shortening time and motion for a trial continuance and extension of associated deadlines (Docket Nos. 265 & 265-4) are DENIED WITHOUT PREJUDICE. The court will hold the Pretrial Conference on November 7, 2022, at 1:30 p.m. as scheduled. The Pretrial Conference shall be held in person in Courtroom 5, and the

1

parties shall file their pretrial statements in accordance with Local Rule 281.  The parties are referred to the court's Status (Pretrial Scheduling) Order issued February 14, 2020 (Docket No. 90) for additional information that shall be included in the parties' pretrial statements.

        IT IS SO ORDERED.

Dated: October 20, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE