Samuel R. Fulkerson OK Bar No. 14370
samuel.fulkerson@ogletreedeakins.com
*Admitted Pro Hac Vice*
David A. Garcia CA Bar No. 218356
david.garcia@ogletreedeakins.com
Carlos Bacio CA Bar No. 328466
carlos.bacio@ogletree.com
Drake A. Mirsch CA Bar No. 328526
drake.mirsch@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:     714-800-7900
Facsimile:      714-754-1298

Attorneys for Plaintiff Zoom Imaging Solutions, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOOM IMAGING SOLUTIONS, INC., <br><br>Plaintiff, <br><br>v. <br><br>EDWARD ROE; MAXWELL RAMSAY; JON CROSSEN; CORINNE FUERST; ANDREW ALSWEET; KEVIN TOON; JASON PEEBLER; ABIGAIL NEAL; POWER BUSINESS TECHNOLOGY LLC; BRYAN DAVIS; MAURA LOPEZ; JEFFREY ORLANDO; JESSICA HINTZ and DOES 1 through 100, inclusive, <br><br>Defendants. | Case No. 2:19-CV-01544-WBS-KJN <br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** <br><br>Complaint Filed:    August 9, 2019 <br>District Judge:      Hon. William B. Shubb <br>Magistrate Judge:   Hon. Kendal J. Newman |

WHEREAS the parties to this action have amicably resolved this lawsuit under the terms of a private settlement agreement whose terms are confidential;

NOW THEREFORE all Parties, by and through their counsel of record, and hereby stipulate and agree that the Court dismiss the above-entitled matter in its entirety, with prejudice, the Parties to bear their own costs and fees.

DATED:  January 17, 2023          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ David A. Garcia
    Samuel R. Fulkerson (Admitted Pro Hac Vice)
    David A. Garcia
    Carlos Bacio
    Attorneys for Plaintiff
    Zoom Imaging Solutions, Inc.

DATED:  January 17,  2023          STOEL RIVES LLP

By: /s/ *Thomas A. Woods*
    Thomas A. Woods
    Corey M. Day
    Attorneys for Defendant
    Edward Roe and
    Power Business Technology, LLC

DATED:  January 17, 2023          PORTER SCOTT, APC

By: /s/ *Martin N. Jensen*
    Martin N. Jensen
    Attorneys for Defendants
    Max Ramsay, Jon Crossen, Corinne Fuerst, Andy Alsweet, Kevin Toon, Jason Peebler, Abigail Neal, Bryan Davis, Jessica Hintz, Maura Lopez, and Jeffrey Orlando

ORDER

The Court, having considered the parties Stipulation for Dismissal, and good cause appearing therefore,

IT IS HEREBY ORDERED that the above-entitled action is dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure 41. Each party to bear their own fees and costs.

Dated: January 17, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE